IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-MJ-58-RP

YAHYA MOHAMED MOSLEH
ISLAM YAHYA MOSLEH

**ORDER STAYING ORDERS SETTING CONDITIONS OF RELEASE [Docs. 23, 25]**

The undersigned, in the exercise of the Court's inherent discretion and pursuant to the orderly administration of justice, finds that it is appropriate to continue the STAY of the Orders Setting Conditions of Release [Docs. 23, 25] pending a ruling on the government's motion [Doc. 29] and/or an alternate interim decision regarding the stay from the District Judge.

Accordingly, the Court finds that the Orders Setting Conditions of Release [Docs. 23, 25] will remain STAYED pending either a ruling on the government's motion [Doc. 29] and/or an alternate interim decision regarding the stay from the District Judge.

IT IS SO ORDERED this, the 2nd day of October, 2026.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE